DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PRINCE NATHALI PICHARDO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1838

_____

October 24, 2025

Appeal from the Circuit Court for Manatee County; Teresa K. Dees,
Judge.

Andrea Flynn Mogensen of Law Office of Andrea Flynn Mogensen, P.A.,
Sarasota, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

 Affirmed.


VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.

---

Opinion subject to revision prior to official publication.